# EXHIBIT 18

## CASES AGAINST INSURERS WITH FORM PETITION SUING NON-DIVERSE AGENTS

**Cases Against Allstate**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 1. | *Montejo v. Allstate Vehicle and Prop. Ins. Co., Weston Depriest, and Rick Depriest Agency, Inc.*, Case No. CJ-2023-116 (Grady Cty.) | 5/1/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 2. | *Martin v. Allstate Vehicle and Prop. Ins. Co., Jud Owens, and Jud Owens Agency, Inc.*, Case No. CJ-2023-117 (Grady Cty.) | 5/2/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 3. | *Wedin v. Allstate Vehicle and Property Ins. Co. and Shoemake Agency, LLC*, Case No. CJ-2023-181 (Rogers Cty.) | 5/19/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 4. | *Austin v. Allstate Vehicle and Property Ins. Co. and Stansel Ins. Agency, Inc.*, Case No. CJ-2024-524 (Cleveland Cty.) | 4/16/2024 | Whitten Burrage |
| 5. | *Casillas v. Allstate Vehicle and Property Ins. Co., Mason Cummings; and Cummings Family Agency, Inc.*, Case No. CJ-2025-756 (Cleveland Cty.) | 5/7/2025 | Whitten Burrage |
| 6. | *Cifuentes v. Allstate Vehicle and Property Ins. Co. and Alex Martinez*, Case No. CJ-2025-3151 (Okla. Cty.) | 5/08/2025 | Whitten Burrage |
| 7. | *Sands v. Allstate Vehicle and Property Ins. Co. and Scott Shoemake*, Case No. CJ 202503588 (Okla. Cty.) | 5/21/2025 | Whitten Burrage |

EXHIBIT
tabbles
18

**Cases Against CSAA Insurance Exchange**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 8. | *Stille v. CSAA Ins. Exch., CSAA Fire & Cas. Ins. Co. d/b/a AAA Fire & Cas. Ins. Co., AAA Club Alliance Inc. d/b/a AAA Okla., and ACA Club Ins. Agency, Inc.*, Case No. CJ-2022-522 (Cleveland Ctv.) | 5/4/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 9. | *Delk v. CSAA Ins. Exch., CSAA Fire & Cas. Ins. Co. d/b/a AAA Fire & Cas. Ins. Co., AAA Club Alliance Inc. d/b/a AAA Okla., and ACA Club Ins. Agency, Inc.*, Case No. CJ-2022-3940 (Okla. Cty.) | 8/16/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 10. | *McClintock v. CSAA Ins. Exch., CSAA Fire and Cas. Ins. Co. d/b/a AAA Fire and Cas. Ins. Co., and ACA Club Ins. Agency, Inc.*, Case No. CJ-2023-1546 (Okla. Cty.) | 3/22/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

**Cases Against Farmers Insurance Co.**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 11. | *Summerville v. Farmers Ins. Co., Farmers Ins. Exch., Farmers Grp., Inc. and Scott Streller d/b/a Scott Streller Ins. Agency, Inc.*, Case No. CJ-2019-2435 (Okla. Cty.) | 5/1/2019 | Marr Law Firm and Whitten Burrage |
| 12. | *Kennedy v. Farmers Ins. Co., Farmers Ins. Exch., Farmers Grp., Inc. and Carl Novara*, Case No. CJ-2021-00804 (Tulsa Ctv.) | 3/19/2021 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 13. | *Moody v. Farmers Ins. Co., Farmers Ins. Exch., Farmers Grp.,* | 3/29/2021 | Marr Law Firm, |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| | *Inc., and Trevor Randall d/b/a Trevor Randall Ins. Agency, Inc.*, Case No. CJ-2021-1359 (Okla. Cty.) | | Whitten Burrage, and Nix Patterson, LLP |

**Cases Against State Farm**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 14. | *Johnson v. Ron Lockney and State Farm Fire & Cas. Co.*, Case No. CJ-2019-4360 (Tulsa Cty.) | 11/05/2019 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 15. | *Nida v. State Farm Fire & Cas. Co. and Sheryl Mandeville*, Case No. CJ-2020-4453 (Okla. Cty.) | 9/18/2020 | Marr Law Firm, Jo Slama, Nix Patterson, LLP, and Whitten Burrage |
| 16. | *Singer v. Blackie Gibson and State Farm Fire & Cas. Co.*, Case No. CJ-2020-3205 (Tulsa Cty.) | 10/20/2020 | Marr Law Firm, Gibbs Armstrong, Whitten Burrage, and Nix Patterson, LLP |
| 17. | *Frazier v. State Farm Fire & Cas. Co. and Neil Jarvis*, Case No. CJ-20-193 (Delaware Cty.) | 12/8/2020 | Marr Law Firm, Gibbs Armstrong, and Whitten Burrage |
| 18. | *Hosier v. State Farm Fire & Cas. Co. and David Hoffhines*, No. CJ-2021-1741 (Okla. Cty.) | 4/21/2021 | Marr Law Firm, Slama Legal Group, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 19. | *Raley v. State Farm Fire & Cas. Co. and Julia D. Chew Ins. Agency, Inc.*, Case No. CJ-2021-870 (Cleveland Cty.) | 9/24/2021 | Ward & Glass, LLP, Whitten Burrage, and Marr Law Firm |
| 20. | *Effective Learning Teaching Institute Inc. v. Justin Carlton and State Farm Fire & Cas. Co.*, Case No. CJ-2022-791 (Tulsa Cty.) | 3/15/2022 | Marr Law Firm and Whitten Burrage |
| 21. | *Nelson v. State Farm Fire & Cas. Co. and Rick Johnston Ins. Agency, Inc.*, Case No. CJ-2022-65 (Grady Cty.) | 4/6/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 22. | *Moazami v. Justin Carlton and State Farm Ins. Co.*, Case No. CJ-2022-1118 (Tulsa Cty.) | 4/14/2022 | Whitten Burrage, Gibbs Armstrong, P.C., Marr Law Firm, Nix Patterson LLP |
| 23. | *Bartholomew v. State Farm Fire & Cas. Co. and Greg Ellis Agency, Inc.*, Case No. CJ-2022-454 (Cleveland Cty.) | 4/22/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 24. | *McDow v. State Farm Fire & Cas. Co. and Michell Dallal*, Case No. CJ-2022-1857 (Okla. Cty.) | 4/22/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 25. | *Goebel v. State Farm Fire & Cas. Co. and Paul J. Garetson Ins. Agency, LLC*, Case No. CJ-2022-456 (Cleveland Cty.), No. CIV-22-882 (W.D. Okla.) | 4/22/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 26. | *Stacy v. State Farm Fire & Cas. Co. and Lora Lunn*, Case No. CJ-2022-457 (Cleveland Cty.), No. CIV-22-883 (W.D. Okla.) | 4/22/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 27. | *Phillips v. State Farm Fire & Cas. Co. and Cindy K. Nashert Ins. Agency, Inc.*, Case No. CJ-2022-499 (Cleveland Cty.) | 4/28/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 28. | *Sexton v. State Farm Fire & Cas. Co. and Kevin Cansler Ins. Agency, Inc.*, Case No. CJ-2022-3069 (Okla. Cty.) | 6/29/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 29. | *Towe v. State Farm Fire & Cas. Co. and Yearout Ins. Agency, Inc.*, Case No. CJ-2022-783 (Cleveland Cty.), No. CIV-22-884 (W.D. Okla.) | 7/15/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 30. | *Shira v. State Farm Fire & Cas. Co. and Rebecca Lafevers State Farm Agency, LLC*, Case No. CJ-2022-3459 (Okla. Cty.) | 7/20/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 31. | *Champion v. State Farm Fire & Cas. Co. and Jim Evans Ins. Agency, Inc.*, Case No. CJ-2022-928 (Cleveland Cty.), No. CIV-22-922 (W.D. Okla.) | 8/16/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 32. | *Kyger v. State Farm Fire & Cas. Co. and Chuck Davis*, Case No. CJ-2022-3990 (Okla. Cty.) | 8/18/2022 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 33. | *Castaneda v. State Farm Fire & Cas. Co. and J. Mark Burton Ins. Agency, Inc.*, No. CJ-2022-167 (Grady Cty.) | 8/26/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 34. | *Christy v. State Farm Fire & Cas. Co. and The Carla Holzrichter Ins. Agency, Inc.*, Case No. CJ-2022-4183 (Okla. Cty.) | 8/26/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 35. | *Marino v. State Farm Fire & Cas. Co. and Yearout Ins. Agency, Inc.*, Case No. CJ-2022-979 (Cleveland Cty.), No. CIV-22-885 (W.D. Okla.) | 8/26/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 36. | *Baltasar v. State Farm Fire & Cas. Co. and Carl Kiburz Ins. Agency, Inc.*, Case No. CJ-2022-4829 (Okla. Cty.), No. CIV-22-928-HE (W.D. Okla.) | 9/28/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 37. | *Irvin v. State Farm Fire & Cas. Co. and Michael Day Ins. Agency, Inc.*, Case No. CJ-2022-188 (Grady Cty.) | 10/6/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 38. | *Kelly v. State Farm Fire & Cas. Co., Tom Stidham, and Bruce Shook Agency, Inc.*, Case No. CJ-2022-5075 (Okla. Cty.) | 10/14/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 39. | *Zweifel v. State Farm Fire & Cas. Co. and Greg Phillips Ins. Agency, Inc.*, Case No. CJ-2022-5074 (Okla. Cty.), CIV-23-367-G (W.D. Okla.) | 10/14/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 40. | *Snyder v. Grant Gingrich and State Farm Fire & Cas. Co.*, Case No. CJ-2022-426 (Rogers Cty.) | 11/18/2022 | Gibbs Armstrong Borochoff, P.C., Marr Law Firm, and Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 41. | *Fletcher v. State Farm Fire and Cas. Co. and Jim Virtue*, Case No. 2022-302 (Wagoner Cty.) | 12/5/2022 | Gibbs Armstrong Borochoff, P.C., Marr Law Firm, and Whitten Burrage |
| 42. | *Rowe v. State Farm Fire & Cas. Co. and Kent Gering*, Case No. CJ-2022-6188 (Okla. Cty.) | 12/20/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 43. | *Stayton v. State Farm Fire & Cas. Co. and James Moore*, Case No. CJ-2023-8 (Washington Cty.) | 1/6/2023 | Marr Law Firm, Whitten Burrage, Gibbs Armstrong Borochoff, PC, and Nix Patterson, LLP |
| 44. | *Bean v. State Farm Fire & Cas. Co. and Zac Henderson*, Case No. CJ-2023-9 (Washington Cty.) | 1/6/2023 | Marr Law Firm, Whitten Burrage, and Gibbs Armstrong Borochoff, PC |
| 45. | *Vance v. State Farm Fire & Cas. Co. and Blake Nightingale*, Case No. CJ-2023-148 (Okla. Cty.), No. 5:23-cv-00260-SLP (W.D. Okla.) | 1/9/2023 | Marr Law Firm, Gibbs Armstrong Borochoff, PC, and Whitten Burrage |
| 46. | *Whitby v. State Farm Fire & Cas. Co. and Mike Thompson*, Case No. CJ-2023-00339 (Tulsa Cty.) | 1/27/2023 | Marr Law Firm, Gibbs Armstrong Borochoff, PC, and Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 47. | *Killingsworth v. State Farm Fire & Cas. Co., Cathy Warren State Farm Agency, and Cathy Warren*, Case No. CJ-2023-00340 (Tulsa Cty.) | 1/27/2023 | Marr Law Firm, Gibbs Armstrong Borochoff, PC, and Whitten Burrage |
| 48. | *Newton v. State Farm Fire & Cas. Co. and Mary Lee Jones*, Case No. CJ-2023-589, No. 5:23-cv-00744-HE (W.D. Okla.) | 2/1/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 49. | *Leonard v. State Farm Fire and Casualty Co. and Michell Dallal*, Case No. CJ-2023-136 (Cleveland Cty.) | 6/28/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 50. | *Woolverton v. State Farm Fire & Cas. Co. and Mike Muecke Ins. Agency, Inc.*, Case No. CJ-2023-1240 (Okla. Cty.) | 3/7/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 51. | *Fletcher v. State Farm Fire & Cas. Co. and Todd David Brown*, Case No. CJ-2023-1474 (Okla. Cty.) | 3/17/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 52. | *Rhoades v. State Farm Fire & Cas. Co. and Kyle G. Kennedy Ins. Agency, Inc.*, Case No. CJ-2023-1529 (Okla. Cty.) | 3/21/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 53. | *Majestic Salon & Events, LLC v. State Farm Fire & Cas. Co. and Matt Pryor Ins. Agency, Inc.*, Case No. CJ-2023-1898 (Okla. Cty.) | 4/6/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 54. | *Williams v. State Farm Fire & Cas. Co. and Cherie Logan*, Case No. CJ-2023-1952 (Okla. Cty.) | 4/7/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 55. | *Ferringer v. State Farm Fire & Cas. Co., Terry Amacher, and Bruce Shook Agency, Inc.*, Case No. CJ-2023-2304 (Okla. Cty.) | 4/24/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 56. | *Ehlinger v. State Farm Fire & Cas. Co. and Dennis Morris Ins. Agency, Inc.*, Case No. CJ-2023-2305 (Okla. Cty.) | 4/24/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 57. | *Wilcox v. State Farm Fire & Cas. Co. and Sam Boyd Ins. Agency, Inc.*, Case No. CJ-2023-2306 (Okla. Cty.) | 4/24/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 58. | *Bryars v. State Farm Fire & Cas. Co. and Yearout Ins. Agency, Inc.*, Case No. CJ-2023-2556 (Okla. Cty.) | 5/3/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 59. | *Carter v. State Farm Fire and Cas. Co. and Larry Gosney*, Case No. CJ-2023-31 (Noble Cty.) | 6/8/2023 | Martin Jean Jackson, Marr Law Firm, Whitten Burrage, Nix Patterson, LLP |
| 60. | *Powers v. State Farm Fire & Cas. Co., Gwen Decassios Ins. Agency, Inc., Gwen Decassios, and Blake Nightingale Ins. Agency, Inc.*, Case No. CJ-2023-3368 (Okla. Cty.) | 6/16/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 61. | *Byrd v. State Farm Fire & Cas. Co. and Rita Wallenberg Ins. Agency, Inc.*, Case. No. CJ-2023-139 (Cleveland Cty.), No. 5:23-cv-00745-HE (W.D. Okla.) | 7/24/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 62. | *Forrest v. State Farm Fire & Cas. Co. and Todd Brown*, Case No. CJ-2023-2556 (Tulsa Cty.) | 7/25/2023 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 63. | *Vontress v. State Farm Fire & Cas. Co. and J. Mark Burton Ins. Agency, Inc.*, Case No. CJ-2023-4205 (Okla. Cty.) | 7/27/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 64. | *Budden v. State Farm Fire & Cas. Co. and Williamson Ins. and Fin. Services, LLC*, Case No. CJ-2023-3148 (Tulsa Cty.) | 9/1/2023 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 65. | *Creech v. State Farm Fire & Cas. Co. and Thomas A. Cohoon*, Case No. CJ-2023-1133 (Cleveland Cty.) | 9/20/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 66. | *Venator v. State Farm Fire & Cas. Co. and Erstenuk Ins. Agency, Inc.*, Case No. CJ-2023-5923 (Okla. Cty.) | 10/16/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 67. | *Vance v. State Farm Fire & Cas. Co., Ken Shelton Ins. Agency, Inc., and Blake Nightingale Ins. Agency, Inc.*, Case No. CJ-2023-5925 (Okla. Cty.) | 10/16/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 68. | *Jackson v. State Farm Fire & Cas. Co. and Dustin Bass Ins., LLC*, Case No. CJ-2023-4079 (Tulsa Cty.) | 11/21/2023 | Marr Law Firm, Whitten Burrage, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 69. | *Stacy v. State Farm Fire & Cas. Co. and Marvin Manns Ins. and Fin. Services, Inc.*, Case No. CJ-2024-273 (Tulsa Cty.) | 1/25/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 70. | *Townsend v. State Farm Fire & Cas. Co. and Lile Ins. and Fin. Services, LLC*, Case No. CJ-2024-274 (Tulsa Cty.) | 1/25/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 71. | *Stevens v. State Farm Fire & Cas. Co. and Steve Lane Ins. Agency, Inc.*, Case No. CJ-2024-275 (Tulsa Cty.) | 1/25/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 72. | *Dwight v. State Farm Fire and Cas. Co and Lile Ins. and Financial Services, Inc.*, Case No. CJ-2024-16 (Osage Cty.) | 1/29/2024 | Gibbs Armstrong, P.C., Marr Law Firm, Whitten Burrage, and Gibbs Legal Solutions, LLC |
| 73. | *Payne v. State Farm Fire and Casualty Co. and Rhett Minson Agency, Inc.*, Case No. CJ-24-27 (Mayes Cty.) | 1/29/2024 | Gibbs Armstrong, P.C., Marr Law Firm, Whitten Burrage, Gibbs Legal Solutions, LLC and Nix Patterson, LLP |
| 74. | *Schneder v. State Farm Fire and Cas. Co. and Yearout Ins. Agency*, Case No. CJ-2024-137 (Cleveland Cty.) | 2/1/2024 | Gibbs Armstrong Borochoff, P.C., Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 75. | *Cox v. State Farm Fire & Cas. Co. and Mike Muecke Ins. Agency, Inc.*, Case No. CJ-2024-979 (Okla. Cty.) | 2/14/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 76. | *Meek v. State Farm Fire & Cas. Co. and Ross Eaton*, Case No. CJ-2024-1469 (Okla. Cty.) | 3/07/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 77. | *Destasio v. State Farm Fire & Cas. Co.*, Case No. CJ-2024-1784 (Okla. Cty.) | 3/15/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 78. | *Williams v. State Farm Fire & Cas. Co.*, Case No. CJ-2024-2328 (Okla. Cty.) | 4/9/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 79. | *Waggoner v. State Farm Fire & Cas. Co.*, Case No. CJ-2024-2666 (Okla. Cty.) | 4/19/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 80. | *Clow v. State Farm Fire & Cas. Co.*, Case No. CJ-2024-2667 (Okla. Cty.) | 4/19/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 81. | *Ferringer v. State Farm Fire & Cas. Co.*, Case No. CJ-2024-2722 (Okla. Cty.) | 4/23/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 82. | *Ehlinger v. State Farm Fire & Cas. Co., Dennis Morris Ins. Agency and Tracey Devereaux*, Case No. CJ-2024-2723 (Okla. Cty.) | 4/23/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 83. | *Bryars v. State Farm Fire & Cas. Co. and Janis Yearout Ins. Agency, Inc.*, Case No. CJ-2024-2953 (Okla. Cty.) | 5/3/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 84. | *Valois v. State Farm Fire & Cas. Co. and Matt Pryor Ins. Agency, Inc.*, Case No. CJ-2024-2954 (Okla. Cty.) | 5/3/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 85. | *Shaw v. State Farm Fire & Cas. Co. and Larry Gosney*, Case No. CJ-2024-255 (Payne Cty.) | 5/3/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 86. | *McAreavey v. State Farm Fire & Cas. Co. and Mark Estep*, Case No. CJ-2024-3145 (Okla. Cty.) | 5/13/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 87. | *Marple v. State Farm Fire & Cas. Co. and Josh Fields Ins. Agency, Inc.*, Case. No. CJ-2024-3146 (Okla. Cty.) | 5/13/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 88. | *Pool v. State Farm Fire & Cas. Co. and Oanh Stanger Ins. Agency, Inc.*, Case No. CJ-2024-3176 (Okla. Cty.) | 5/14/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 89. | *McFarlin v. State Farm Fire & Cas. Co. and Greg Ellis Ins. Agency Inc.*, Case No. CJ-2024-3276 (Okla. Cty.) | 5/17/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 90. | *Farley v. State Farm Fire & Cas. Co. and Mike Thompson Ins. and Fin. Services, LLC*, Case No. CJ-2024-3701 (Okla. Cty.) | 6/6/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 91. | *Fuls v. State Farm Fire & Cas. Co. and Bryan Smith*, Case No. CJ-2024-2133 (Tulsa Cty.) | 6/7/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 92. | *Bercher v. State Farm Fire & Cas. Co. and Chris Mathurin Agency, LLC*, Case No. CJ-2024-2135 (Tulsa Cty.) | 6/7/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 93. | *Heil v. State Farm Fire & Cas. Co. and Bobby Williamson*, Case No. CJ-2024-262 (Rogers Cty.) | 6/10/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, Gibbs Legal Solutions, LLC, and Gibbs Armstrong, PC |
| 94. | *Woolslayer v. State Farm Fire & Cas. Co. and Joe McAdams Ins. Agency, Inc.*, Case No. CJ-2024-3816 (Okla. Cty.) | 6/12/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 95. | *Ludwig v. State Farm Fire & Cas. Co. and James R. Virtue*, Case No. CJ-2024-3856 (Okla. Cty.) | 6/13/2024 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 96. | *Bundy v. State Farm Fire & Cas. Co. and Robert A. Long Ins. Agency, Inc.*, Case No. CJ-2024-262 (Rogers Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 97. | *McDaniel v. State Farm Fire & Cas. Co. and James R. Virtue a/k/a Jim Virtue*, Case No. CJ-2024-2293 (Tulsa Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 98. | *Johnson v. State Farm Fire & Cas. Co. and Cathy Warren Ins. Agency, Inc.*, Case No. CJ-2024-2294 (Tulsa Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 99. | *Daniels v. State Farm Fire & Cas. Co. and Tim Custer Ins. Agency, Inc.*, Case No. CJ-2024-2295 (Tulsa Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 100. | *Gregorovic v. State Farm Fire & Cas. Co. and Cathy Warren Ins. Agency, Inc.*, Case No. CJ-2024-2296 (Tulsa Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 101. | *Brister v. State Farm Fire & Cas. Co. and Clint Marcum Ins. Agency, Inc.*, Case No. CJ-2024-3923 (Okla. Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage and Nix Patterson, LLP |
| 102. | *Valdez & Garcia v. State Farm Fire & Cas. Co. and Marvin Manns Ins. and Fin. Services, Inc.*, Case No. CJ-2024-3924 (Okla. Cty.) | 6/17/2024 | Marr Law Firm, Whitten Burrage and Nix Patterson, LLP |
| 103. | *Earley v. State Farm Fire & Cas. Co., Janine Billings Ins. Agency, Inc., and Tyler McCall Ins. Agency, Inc.*, Case No. CJ-2024-2320 (Tulsa Cty.) | 6/18/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 104. | *David Kennedy v. State Farm Fire & Cas. Co. and Tyler McCall Ins. Agency, Inc.*, Case No. CJ-2024-2321 | 6/18/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 105. | *Patty Corsini v. State Farm Fire & Cas. Co. and Ronald J. Lockney*, Case No. CJ-2024-2322 (Tulsa Cty.) | 6/18/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |
| 106. | *Sullenger v. State Farm Fire & Cas. Co. and James Gates Ins. Agency, Inc.*, Case No. CJ-2024-3941 (Okla. Cty.) | 6/18/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP |
| 107. | *Richey v. State Farm Fire and Cas. Co. and Velta Augusta Ins. Agency, Inc.*, Case No. CJ-2024-273 (Rogers Cty.) | 6/20/2024 | Marr Law Firm, Whitten Burrage, Nix Patterson, LLP, and Gibbs Armstrong, PC |

**Cases Against Other Insurers**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 108. | *Weber v. Encompass Ins. Co. and Okla. Ins. Ctr., Inc.*, Case No. CJ-2022-4241 (Okla. Cty.) | 8/30/2022 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 109. | *Carter v. American Mod. Prop. and Cas. Co. and Cobble Ins. Agency, Inc.*, Case No. CJ-2023-33 (Cleveland Cty.) | 1/11/1023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 110. | *Farmer v. Progressive Cas. Ins. Co., American Strategic Ins. Corp., and Premier Ins. LLC*, Case No. CJ-2023-2302 (Okla. Cty.) | 4/24/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 111. | *Parkison v. The Hanover Ins. Co., LBV Ins., LCC, and Ascent Ins. Grp., LLC*, Case No. CJ-2023-3791 (Okla. Cty.) | 7/7/2023 | Marr Law Firm, Whitten Burrage, and Nix Patterson, LLP |
| 112. | *Russ Didlake and Shawnee Management, LLC v. Shelter Mutual Ins. Co.*, Case No. CJ-2025-157 (Pottawatomie Cty.) | 4/10/2025 | Whitten Burrage |

**Recent Cases Against State Farm Filed by Whitten Burrage**

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 113. | *Jacob Cox v. State Farm Fire & Cas. Co. and Mike Muecke Ins. Agency, Inc.*, Case No. CJ-2024-7630 (Okla. Cty.) | 11/27/2024 | Whitten Burrage |
| 114. | *Wiesman v. State Farm Fire & Cas. Co. and Heather Cottrill Ins. & Financial Services, LLC*, Case No. CJ-2024-7628 (Okla. Cty.) | 11/27/2024 | Whitten Burrage |
| 115. | *Stone v. State Farm Fire & Cas. Co., Alfred Tom Cilio and Rebecca LaFevers State Farm Agency, Inc.*, Case No. CJ-2024-7626 (Okla. Cty.) | 11/27/2024 | Whitten Burrage |
| 116. | *Stafford v. State Farm Fire & Cas. Co. and Mike Muecke Ins. Agency, Inc.*, Case No. CJ-2024-7627 (Okla. Cty.) | 11/27/2024 | Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 117. | *Hall v. State Farm Fire & Cas. Co. and Matt McCoy Ins. Agency, Inc.*, Case No. CJ-2024-7629 (Okla. Cty.) | 11/27/2024 | Whitten Burrage |
| 118. | *Lenhart v. State Farm Fire & Cas. Co., Brent Hagar and Hagar State Farm Agency, LLC*, Case No. CJ-2024-7829 (Okla. Cty.) | 12/6/2024 | Whitten Burrage and George Gibbs |
| 119. | *Cisneros v. State Farm Fire & Cas. Co. and Jim Moore*, Case No. CJ-2024-7831 (Okla. Cty) | 12/6/2024 | Whitten Burrage |
| 120. | *Pruitt v. State Farm Fire & Cas. Co. and Jim Campos Agency, Inc.*, Case No. CJ-2024-7828 (Okla. Cty) | 12/6/2024 | Whitten Burrage |
| 121. | *Willard v. State Farm Fire & Cas. Co. and Rod C. Chew Ins. Agency, Inc.*, Case No. CJ-2024-7830 (Okla. Cty) | 12/6/2024 | Whitten Burrage |
| 122. | *Wilder v. State Farm Fire & Cas. Co. and Zac Henderson Ins. Agency, Inc.*, Case No. CJ-2024-8004 (Okla. Cty.) | 12/13/2024 | Whitten Burrage |
| 123. | *Weakley v. State Farm Fire & Cas. Co. and Jason A. Strickland*, Case No. CJ-2024-8005 (Okla. Cty.) | 12/13/2024 | Whitten Burrage and Biby Law Firm |
| 124. | *Warren v. State Farm Fire & Cas. Co. and Andrew S. Vincent Ins. Agency, Inc.*, Case No. CJ-2024-8003 (Okla. Cty.) | 12/13/2024 | Whitten Burrage |
| 125. | *Harris v. State Farm Fire & Cas. Co., Curtis L. Davidson a/k/a Eric Davidson, an individual, and Eric Davidson Agency LLC*, Case No. CJ-2024-8002 (Okla. Cty.) | 12/13/2024 | Whitten Burrage |
| 126. | *Moore v. State Farm Fire & Cas. Co. and James E. ("Jim") Moore*, Case No. CJ-2024-8244 (Okla. Cty.) | 12/20/2024 | Whitten Burrage |
| 127. | *Porter v. State Farm Fire & Cas. Co., Jeffrey "Jeff" G. Millerd and Millerd Ins. and Fin. Services, LLC*, Case No. CJ-2024-8243 (Okla. Cty.) | 12/20/2024 | Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 128. | *Maher v. State Farm Fire & Cas. Co. and Terry M. Amacher*, Case No. CJ-2024-8245 (Okla. Cty.) | 12/20/2024 | Whitten Burrage and George Gibbs |
| 129. | *Methvin v. State Farm Fire & Cas. Co. and Kristopher "Nickey" Lee*, Case No. CJ-2025-1031 (Okla. Cty.) | 2/11/2025 | Whitten Burrage |
| 130. | *Giertz v. State Farm Fire & Cas. Co. and Jennifer Lowder Ins. Agency, Inc.*, Case No. CJ-2025-1132 (Okla. Cty.) | 2/20/2025 | Whitten Burrage |
| 131. | *Robbins v. State Farm Fire & Cas. Co. and Kaci Miller*, Case No. CJ-2025-1131 (Okla. Cty.) | 2/20/2025 | Whitten Burrage |
| 132. | *Hope v. State Farm Fire & Cas. Co. and Ryan Williams*, Case No. CJ-2025-1130 (Okla. Cty.) | 2/20/2025 | Whitten Burrage |
| 133. | *Cline v. State Farm Fire & Cas. Co. and Mancil W. Baccus, Jr. a/k/a Gary Baccus*, Case No. CJ-2025-1269 (Okla. Cty.) | 2/24/2025 | Whitten Burrage and White & Weddle, PC |
| 134. | *Coover v. State Farm Fire & Cas. Co. and Oanh Stanger Ins. Agency, Inc.*,Case No. CJ-2025-1302 (Okla. Cty.) | 2/25/2025 | Whitten Burrage |
| 135. | *Weichbrodt v. State Farm Fire & Cas. Co. and Bill Holle*, Case No. CJ-2025-1301 (Okla. Cty.) | 2/25/2025 | Whitten Burrage |
| 136. | *Riley v. State Farm Fire & Cas. Co. and Bobby Lewis Ins. Agency, Inc.*, Case No. CJ-2025-1328 (Okla. Cty.) | 2/26/2025 | Whitten Burrage |
| 137. | *West v. State Farm Fire & Cas. Co. and Nancy Holcomb Ins. Agency, Inc.*, Case No. CJ-2025-135 (Comanche Cty.) | 2/28/2025 | Whitten Burrage and Burgess & Hightower |
| 138. | *Hines v. State Farm Fire & Cas. Co., Zach Russell and Zach Russell Ins. Agency, Inc.*, Case No. CJ-2025-1518 (Okla. Cty.) | 3/5/2025 | Whitten Burrage and Hamilton Murphy Law |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 139. | *McBride v. State Farm Fire & Cas. Co., John Mark Burton and J. Mark Burton Ins. Agency, Inc.*, Case No. CJ-2025-1636 (Okla. Cty.) | 3/10/2025 | Whitten Burrage |
| 140. | *Hunt v. State Farm Fire & Cas. Co., Michael Muecke and Mike Muecke Ins. Agency, Inc.*, Case No. CJ-2025-1637 (Okla. Cty.) | 3/10/2025 | Whitten Burrage |
| 141. | *Osborn v. State Farm Fire & Cas. Co. and Steve Wright*, Case No. CJ-2025-1638 (Okla. Cty.) | 3/10/2025 | Whitten Burrage |
| 142. | *Moong Sian Wong-Faust v. State Farm Fire & Cas. Co. and Grant Gingerich; and Grant Gingerich Ins. Agency*, Case No. CJ-2025-1675 (Okla. Cty.) | 3/11/2025 | Whitten Burrage |
| 143. | *Stearns v. State Farm Fire & Cas. Co. and Dennis Chaumont*, Case No. CJ-2025-1704 (Okla. Cty.) | 3/12/2025 | Whitten Burrage |
| 144. | *Adamo v. State Farm Fire & Cas. Co., Brittanie Portillo McCoy and Brittanie Portillo Ins. Agency, Inc.*, Case No. CJ-2025-1844 (Okla. Cty.) | 3/18/2025 | Whitten Burrage |
| 145. | *Gamble v. State Farm Fire & Cas. Co., Tyler McCall Ins. Agency, Inc., and Tyler McCall, an individual*, Case No. CJ-2025-1743 (Okla. Cty.) | 3/18/2025 | Whitten Burrage |
| 146. | *Hammack v. State Farm Fire & Cas. Co.; Austin Brown and Austin Brown Ins. Agency, Inc.*, Case No. CJ-25-121 (Wagoner Cty.) | 3/24/2025 | Whitten Burrage |
| 147. | *Gabel v. State Farm Fire & Cas. Co. and Bill Kolb*, Case No. CJ-2025-1861 (Okla. Cty.) | 3/25/2025 | Whitten Burrage |
| 148. | *Newell v. State Farm Fire & Cas. Co., Bronson Schubert Agency, Inc. and Bronson Schubert*, Case No. CJ-2025-2577 (Okla. Cty.) | 4/16/2025 | Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 149. | *White v. State Farm Fire & Cas. Co. and Kent Gering*, Case No. CJ-2025-2578 (Okla. Cty.) | 4/16/2025 | Whitten Burrage |
| 150. | *Yost v. State Farm Fire & Cas. Co. and Mike Teague*; Case No. CJ-2025-2576 (Okla. Cty.) | 4/16/2025 | Whitten Burrage |
| 151. | *Hursh v.State Farm Fire & Cas. Company, Mark D. Welty, and Mark D. Welty Ins. Agency, Inc.*; Case No. CJ-2025-2626 (Okla. Cty.) | 4/17/2025 | Whitten Burrage |
| 152. | *Martin v. State Farm Fire & Cas. Co. and Bobby Lewis Ins. Agency, Inc.*; Case No. CJ-2025-2627 (Okla. Cty.) | 4/17/2025 | Whitten Burrage |
| 153. | *Merrick v. State Farm Fire & Cas. Co. and Jerel Wright*, Case No. CJ-2025-598 (Cleveland Cty.) | 4/17/2025 | Whitten Burrage |
| 154. | *Young v. State Farm Fire & Cas. Co. and Jason Bridwell Ins. Agency, Inc.*, Case No. CJ-2025-117 (Grady Cty.) | 4/17/2025 | Whitten Burrage |
| 155. | *Davis v. State Farm Fire & Cas. Co.; Grant Gingerich, and Grant Gingerich Ins. Agency, Inc.*; Case No. CJ-2025-2883 (Okla. Cty.) | 5/2/2025 | Whitten Burrage |
| 156. | *Whitson v. State Farm Fire & Cas. Co., Kevin Murphy Ins. Agency, Inc. and Kevin Murphy*, Case No. CJ-2025-3084 | 5/6/2025 | Whitten Burrage |
| 157. | *Zapp v. State Farm Fire & Cas. Co. and Andy Swann*, Case No. CJ-2025-3609 (Okla. Cty.) | 5/22/2025 | Whitten Burrage |
| 158. | *Dressel v. State Farm Fire & Cas.; Steve N. Swann Ins. Agency, Inc. and Steve N. Swann*; Case No. CJ-2025-4293 (Okla. Cty.) | 6/17/2025 | Whitten Burrage |
| 159. | *DKD Properties, LLC and Driscoll v. State Farm Fire & Cas. Co. and Janine Billings Ins. Agency, Inc.*; Case No. CJ-2025-4294 (Okla. Cty.) | 6/17/2025 | Whitten Burrage |

| NO. | CASE CAPTION | DATE OF PETITION | PLAINTIFF FIRM |
|---|---|---|---|
| 160. | *Easterwood v. State Farm Fire & Cas. Co. and Travis Primeaux*, Case No. CJ-2025-4296 (Okla. Cty.) | 6/17/2025 | Whitten Burrage |
| 161. | *Merimon & Walker v. State Farm Fire & Cas. Co. and Brent Hagar d/b/a Hagar State Farm Agency, LLC*, Case No. CJ-2025-4297 (Okla. Cty.) | 6/17/2025 | Whitten Burrage |
| 162. | *Schettler v. State Farm Fire & Cas. Co. and Mark Welty d/b/a Mark D. Welty Ins. Agency, Inc.*; Case No. CJ-2025-4299 (Okla. Cty.) | 6/17/2025 | Whitten Burrage |
| 163. | *Classen v. State Farm Fire & Cas. Co. and Jeremy Henley d/b/a Jeremy Henley Ins. Agency, Inc.*; Case No. CJ-2025-4743 (Okla. Cty.) | 7/8/2025 | Whitten Burrage |
| 164. | *Jackson v. State Farm Fire & Cas. Co.; Rod C. Chew; and Rod C. Chew Ins. Agency, Inc.*; Case No. CJ-2025-5403 (Okla. Cty.) | 7/29/2025 | Whitten Burrage |
| 165. | *Johnson v. State Farm Fire & Cas. Co. and J. Mark Burton Ins. Agency, Inc.*; Case No. CJ-2025-252 (Grady Cty.) | 7/30/2025 | Whitten Burrage |
| 166. | *Cook v. State Farm Fire & Cas. Co. and Mainord Ins. Agency, Inc.;* Case No. CJ-2025-5624 (Okla. Cty.) | 8/7/2025 | Whitten Burrage |